## ULISES COLLAZO *v.* COMMISSIONER OF CORRECTION
### (AC 34785)

Bear, Sheldon and Harper, Js.

Submitted on briefs March 19—officially released April 8, 2014

Per Curiam. The appeal is dismissed.

## NEW CANAAN NEIGHBORHOODS *v.* WINCHEL BERLIN
### (AC 35792)

Gruendel, Sheldon and Keller, Js.

Submitted on briefs March 14—officially released April 8, 2014

Per Curiam. The judgment is affirmed.

## DANIEL CARNIERO *v.* COMMISSIONER OF CORRECTION
### (AC 35502)

Gruendel, Sheldon and Keller, Js.

Submitted on briefs March 14—officially released April 8, 2014

Per Curiam. The appeal is dismissed.